In re Kelvin Andre SPOTTS,
Petitioner,

In re Kelvin Andre Spotts, Petitioner.

Nos. 01–8013, 02–6093.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2002.

Decided April 23, 2002.

Kelvin Andre Spotts, Petitioner Pro Se.

Before WILKINS, NIEMEYER, and
MICHAEL, Circuit Judges.

Petitions denied by unpublished PER
CURIAM opinion.

PER CURIAM.

In No. 01–8013, Kelvin Andre Spotts
petitions for a writ of prohibition contending the district court referred his 28
U.S.C.A. § 2255 (West Supp.2001) motion
to a magistrate judge without his consent
in violation of Article III of the Constitution and erred in not entering a default
judgment against the Government for failure to respond to his § 2255 motion. In
No. 02–6093, Spotts seeks a writ of mandamus, requesting an expedited ruling on his
pending § 2255 motion and raising substantive arguments, and also moves to proceed in forma pauperis.

Writs of mandamus and prohibition are
extraordinary remedies, which should issue only when the petitioner's right to the
remedy is clear and indisputable and when
the petitioner has no other adequate
means of relief. *See Kerr v. United
States,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d
818, 826 (4th Cir.1987); *In re Vargas,* 723
F.2d 1461, 1468 (10th Cir.1983). Because
we find extraordinary circumstances lacking, we deny the petitions. We grant
Spotts' motion to proceed in forma pauperis in No. 02–6093. We deny Spotts' motion
for release pending appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*PETITIONS DENIED.*